Michael E. Piston
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARABJIT SINGH,<br>VPO Nawabind Donewal<br>Tehsit Shakot<br>Jalandhar Punjab India<br><br>Plaintiff,<br><br>      vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br>20 Massachusetts Avenue.<br>NW. Washington, DC 20529<br><br>and<br><br>RON ROSENBERG,<br>Chief, Administrative Appeals Office,<br>20 Massachusetts Avenue.<br>NW. Washington, DC 20529<br><br>      Defendants | Case No.:<br><br>COMPLAINT |

1

## DESCRIPTION OF ACTION

1. This is an action brought by plaintiff, Sarabjit Singh, A075304679, against the defendants, United States Citizenship and Immigration Services and Ron Rosenberg, to compel a decision on Mr. Singh's appeal of the United States Citizenship Services New Delhi Field Office Director's decision denying his Application for Waiver of Grounds of Inadmissibility, (form I-601) which has now been pending for nearly four (4) years.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## VENUE

3. Venue is appropriate in this, the residence of the defendants, under 28 U.S.C. 1391.

## DESCRIPTION OF PARTIES

4. The plaintiff, Sarabjit Singh, is a citizen of India, residing at VPO Nawabind Donewal, Tehsit Shakot, Jalandhar Punjab India.

5. The defendant, the United States Citizenship and Immigration Services, is an agency of the United States, which has the authority to adjudicate Applications for Waiver of Grounds of Inadmissibility (form I-601) as well as appeals from the denial of the same.

6. The defendant, Ron Rosenberg, is the Chief of the United States Citizenship and Immigration Services' Administrative Appeals Office, an office within the United States Citizenship and Immigration Services which adjudicates appeals of denials of Applications for Waiver of Grounds of Inadmissibility, (form I-601).

## BRIEF STATEMENT OF RELEVANT FACTS

7. On September 15, 2011, the Acting Director of the USCIS's New Delhi Field Office denied Sarabjit Singh's form I-601.

8. In approximately October, 2011, Sarabjit Singh appealed this decision to the AAO.

9. As of today the AAO has not issued a decision in this matter.

10. The USCIS's official website indicates that the AAO is currently adjudicating forms I-601 in 6 months or less.

## COUNT I

11. The USCIS and Ron Rosenberg both owe a duty to the Plaintiff to adjudicate his form I-601 within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

12. The period of time in which this form I-601 has been pending with The USCIS and Ron Rosenberg is well beyond a reasonable period of time.

13. This Court has authority under 28 U.S.C. § 1361 to compel an officer, employee or agency of the United States to perform a duty owed to the Plaintiff.

14. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court find that the adjudication of Sarabjit Singh's appeal of his Application for Waiver of Grounds of Inadmissibility, (form 1-601) has been unreasonably delayed and require the defendants to adjudicate Mr. Singh's Application for Waiver of Grounds of Inadmissibility in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Respectfully submitted this 19th day of August 2015.

/s/ Michael E. Piston
Michael E. Piston Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com